IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY BAGGETT and OWEN BAGGETT, a minor, by and through his next of kin/father, Corey Baggett, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 3:14-cv-00471 |
| v. | ) ) ) | Judge Nixon Magistrate Judge Brown |
| GREAT SOUTHERN WOOD PRESERVING, INC. and ELDON SCHMIDT d/b/a TENNESSEE RIDGE ACE HARDWARE, | ) ) ) ) | JURY DEMAND |
| Defendants. | ) ) | |

## ORDER

Pursuant to 28 U.S.C. § 294(b), the undersigned is unable or unwilling to undertake this matter. Accordingly, I hereby **RECUSE** myself and return this case to the Clerk of Court for reassignment to another judge.

It is so ORDERED.

Entered this the _28_ day of July, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT